**United States Bankruptcy Court**
**Western District of Virginia**

In re  **Chinette Sullivan Turner**　　　　　　　　　　　　　　　Case No.  **10-62560**
　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　Chapter  **13**

## RESPONSE

　　　　Comes now the debtor, by counsel, and as and for their response to the motion of the United States for relief from the automatic stay, states as follows:

1.-5. Admitted.

6-8 Admitted.

9-10. Denied

/s/ Steven Shareff_

_____

Steven Shareff, Esquire
VSB#24323
PO Box 729
Louisa VA 23093
(540) 748 2176

## CERTIFICATE OF SERVICE

I hereby certify that on , a copy of the foregoing was served electronically or by regular United States mail to a the Trustee and the creditor on the 7th day of November 2011

**-NONE-**

　　　　　　　　　　　　　　　　　　　　　　　/s/ Steven Shareff
　　　　　　　　　　　　　　　　　　　　　　　**Steven Shareff 24323**
　　　　　　　　　　　　　　　　　　　　　　　**Steven Shareff, Esquire**
　　　　　　　　　　　　　　　　　　　　　　　**PO Box 729**
　　　　　　　　　　　　　　　　　　　　　　　**Louisa, VA 23093**
　　　　　　　　　　　　　　　　　　　　　　　**540 748-2176**
　　　　　　　　　　　　　　　　　　　　　　　**eleban39@aol.com**