# COURT PROCEEDING MEMO
## ADVERSARY PROCEEDING/MOTION

DATE: 1/23/12    CONTINUED HEARING __XX__
TIME: 9:30 A.M.
CASE NO. 10-62560
AP/MOT NO. M-46
IN RE: CHINETTE SULLIVAN TURNER    PRESENT ✗
COUNSEL: SHAREFF    PRESENT ✓    By: _Miller_
TRUSTEE: BESKIN    PRESENT ✓

### TYPE OF HEARING

| | PRE-TRIAL CONFERENCE | | TRIAL | X | MOTION TO LIFT STAY | | MOTION TO AVOID LIEN |
|---|---|---|---|---|---|---|---|

**CAUSE OF ACTION:**

| PARTIES | COUNSEL | PRESENT |
|---|---|---|
| UNITED STATES OF AMERICA, DEPARTMENT OF AGRICULTURE/FARM SERVICE AGENCY | THOMAS ECKERT | X |

v.

| | | |
|---|---|---|
| CHINETTE SULLIVAN TURNER, DEBTOR and HERBERT L. BESKIN, TRUSTEE | STEVEN SHAREFF _Miller_ | ✓ |

__XX__ ANSWER FILED BY __DEBTOR (DKT #53)__

| HEARING CONTINUED: ✓ | DATE/TIME: 2-13-12 @ 9:30 AM |
|---|---|
| TRIAL DATE SET: | DATE/TIME: |
| DISCOVERY DEADLINE: | |
| OTHER: | |

RULING:

ORDER DUE:    TO BE TENDERED BY:

ORDER LODGED IN CM ORDERS:

UNDER ADVISEMENT:

BRIEFING SCHEDULE:

FOR THE COURT:
WILLIAM E. ANDERSON, U. S. BANKRUPTCY JUDGE
A. TERRENCE KEMPSON, LAW CLERK
EVANS & CO., COURT REPORTERS (434) 239-2552
BARBARA D. OKES, COURTROOM DEPUTY
KATHY H. WARREN, COURTROOM DEPUTY

*NOTES OF THE COURTROOM DEPUTY ARE NOT VERBATIM. THEY DO NOT TAKE THE PLACE OF THE OFFICIAL COURT TRANSCRIPT AND ARE NOT PART OF THE OFFICIAL COURT RECORD. THEY ARE FOR USE BY COURT PERSONNEL AND CANNOT BE USED OR INTRODUCED AS EVIDENCE.